Dismissed and
Memorandum Opinion filed June 24, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00315-CV

____________

 

BRIAN K. MCPHERSON, Appellant

 

V.

 

DAVID A. JALUFKA, SHERIFF, Appellee

 

 

 



On Appeal from the 81st District Court

Karnes County, Texas

Trial Court Cause No. 09-05-00067-CV/K

 

 

 



M E M O R
A N D U M   O P I N I O N

            This appeal is from a judgment signed January 27, 2010.  The
clerk’s record was filed on March 15, 2010.  The reporter’s record was filed March
30, 2010.  No brief was filed.

            On April 14, 2010, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before May 24, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed a
Request for Extension of Time to File Appeal seeking until September 6, 2010,
to obtain findings of fact and conclusions of law.  This appeal is from
a chapter 14 dismissal.  Because the case was not tried, appellant is not
entitled to findings of fact or conclusions of law.  See Tex. R. App. P.
296.  The request was denied.

            As of this date, no brief has been filed.  Accordingly, the
appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Sullivan, and Christopher.